# EXHIBIT "1"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-01269

POWIS PARKER, INC.,
A/A/O FORMATIC GMBH

Plaintiff,

v.

TRUIST BANK,

Defendant.
_______________________________________/

**DECLARATION OF TINA M. WILLIAMS**

I, TINA M. WILLIAMS, being duly sworn, depose and state as follows:

1. My name is TINA M. WILLIAMS, and I am over the age of twenty-one (21) years and am competent to testify to the matters contained in this Declaration. I make this Declaration pursuant to the provisions of 28 U.S.C. § 1746.

2. I am employed as an BRANCH OPERATIONS PARTNER for Truist Bank (hereinafter "Truist").

3. I am authorized to make this Declaration on behalf of Truist, and the facts set forth herein are based upon my personal knowledge, as well as my familiarity with the business records maintained by Truist in the ordinary course of business, including Truist's rules and regulations governing electronic wire transfers. I have personally reviewed the transaction history and records relating to the wire transfer at issue.

4. On or about February 4, 2022, Truist accepted a wire transfer in the amount of $245,000.00 to be deposited into a Truist account identified by the account number 1000279820137 (the "Wire Transfer").

5. The Wire Transfer was received at Truist via the Fedwire system. Since a valid Truist account number was identified in the instructions for the Wire Transfer, the Wire Transfer was processed electronically through a fully automated system called the Money Transfer System ("MTS").

6. MTS creates a computerized record that documents the incoming wire transfer transaction, including the various automated processing steps. A copy of the relevant part of this computerized record for the Wire Transfer is attached hereto as **Exhibit A.**

7. MTS interfaces electronically with Truist's system to look up the account number provided in the Wire Transfer instructions and see if it matches a valid Truist account number.

8. For the Wire Transfer, the automated system matched the account number provided in the instructions for the transfer with the Truist account that held the same number. Thus, because the systematic lookup of the account number was successful, the transfer was processed electronically.

9. The automated process outlined above does not conduct a check on the beneficiary name identified in the incoming wire transfer instructions or attempt to match the beneficiary name with the name of the account holder. The transfers are processed based solely on account number.

10. The only stoppage of the payment that occurred at any time during the processing of the Wire Transfer was for review for compliance with Office of Foreign Asset Control ("OFAC") sanctions imposed on individuals sanctioned by the United States Federal Government, which involves a scan using the application Fircosoft.

11. During the OFAC screening process for the Wire Transfer, the Wire Transfer was halted due to a "NAME MISMATCH" between two fields identified by Fircosoft as the OBI field and the 5100 field.

12. The OBI field contains payment information from the originator bank to the beneficiary bank, which in this case stated "PREPAYMENT 03/22."

13. The 5100 field contains information as to the originator's bank, which was identified as "B/GENODEM1IBB VOLKSBANK MUENSTERLAND NORD EG MATTHIASSTR. 30 RHEINE, DE 48431."

14. Neither the OBI field or the 5100 field contain the beneficiary name and at no point during the OFAC review for the Wire Transfer was the intended beneficiary name or recipient accountholder name reviewed by anyone at Truist.

15. After a review of the OBI field and the 5100 field, the Wire Transfer was released by Truist, because no OFAC violation was found in the OBI and 5100 fields.

16. Thus, the notation of "NAME MISMATCH" in Exhibit A does not refer to a mismatch between the intended beneficiary name and the recipient accountholder name, as this was not something that was reviewed at any time during the processing of the Wire Transfer.

17. On March 10, 2022, Truist received a reversal request from Bank of American for the Wire Transfer that was made on February 7, 2022 to the account number

1000279820137. This request was denied because the funds had already been removed from the account.

18. At no time prior to March 10, 2022, was anyone at Truist aware of a beneficiary name mismatch regarding the Wire Transfer.

19. The records referenced above and attached hereto are true and correct copies of records kept or obtained by Truist in the ordinary course of business. The records were made by or from information transmitted by an employee or representative with knowledge of the events, recorded therein. The records were made at or near the time of the events recorded therein or reasonably soon thereafter. Except for the redactions for privacy concerns, the records attached are exact duplicates of the originals.

UNDER PENALTY OF PERJURY, I SWEAR (OR AFFIRM) THE FACTS DESCRIBED IN THIS DECLARATION ARE TRUE AND CORRECT.

[Tina M Williams]

Dated: July _18__, 2023

# EXHIBIT "A"

TRN 20220207-00052697

```
*SYS_MEMO          *AUTOTRIEVE ADR CALL: ACCOUNT
*SYS_MEMO          *AUTOTRIEVE, BEFORE-->175!D![redacted]0137
*SYS_MEMO          *AUTOTRIEVE, AFTER--->   ! !
*SYS_MEMO          *AUTOTRIEVE ADR V NAME & ADDRESS - CDT ACCT. D
/[redacted]0137
```

```
FMF1_RCV         SEQ #: 803  7-FEB-2022 07:59:36.73
*SYS_MEMO        HITREF: AS00882734
*SYS_MEMO        HITSTRING: NORD AO
*SYS_MEMO        HITLOCATION: MTS_OBI
*SYS_MEMO        HITREF: AS00882734
*SYS_MEMO        HITSTRING: NORD AO
*SYS_MEMO        HITLOCATION: FED_5100
*SYS_MEMO        OPERATOR OR COMPONENT: STRIPPING ENGINE
*SYS_MEMO        SYSTEMID: BBB20220207075935-04666-2228
*SYS_MEMO        CHECKSUM:
*SYS_MEMO        HIT--ISTOP_CHECK MATCH, WAITING FOR FMF USER DECISION
FMF1_RCV         SEQ #: 751  7-FEB-2022 10:29:53.29
*SYS_MEMO        OPERATOR OR COMPONENT: UGRE3
*SYS_MEMO        COMMENT: RELEASE- NAME MISMATCH
*SYS_MEMO        SYSTEMID: BBB20220207075935-04666-2228
*SYS_MEMO        CHECKSUM:
*SYS_MEMO        DECI-P-FMF USER DECISION: RELEASE
```

ORIG TO BNF INFO:
PREPAYMENT 03/22

{6000} ORIGINATOR TO BENEFICIARY INFO: PREPAYMENT 03/22

{5100} ORIGINATOR'S BANK: B/GENODEM1IBB
VOLKSBANK MUENSTERLAND NORD EG
MATTHIASSTR. 30
RHEINE,DE 48431