**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

POWIS PARKER, INC.,

    Plaintiff,

v.                                            Case No.: 6:22-cv-1269-WWB-RMN

TRUIST BANK,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the record. On March 5, 2024, summary judgment was granted in favor of Defendant as to the only remaining claim in this case. (Doc. 60 at 11; *see also* Doc. 35 at 7). Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Clerk is directed to enter judgment in favor of Defendant, and against Plaintiff, on each of its claims.

2. Thereafter, the Clerk shall terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on June 27, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record